## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Carolyn Williams
                          Plaintiff,

v.
                                               Case No.: 1:23−cv−10829
                                               Honorable Mary M. Rowland

L Oreal USA, Inc., et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 20, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: For the reasons stated on the record on August 29, 2024, the Joint Status Report [812], and the court call list [817], this case is dismissed WITHOUT prejudice, effective as of August 29, 2024. Plaintiff will have until June 25, 2025 to refile this case as of right. However, Plaintiff may only refile in federal court within this MDL and must also file complete PFS and authorizations within 10 business days of refiling. All motions pending in this case are denied as moot. Member case terminated. If Plaintiffs do not refile their cases in accordance with this order by June 25, 2025, the dismissal of their cases will convert to a dismissal WITH prejudice automatically and as of right. Pursuant to Federal Rule of Civil Procedure 41(b) the Court confirms that this is not an adjudication on the merits and is thus not appealable. Any party that wishes to appeal the dismissal should, within 21 days of entry of this order, request entry of judgment. MDL member case terminated. Mailed notice(tg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.